# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

**FILED**

OCT 0 4 2021

Clerk of Court, United States District Court
Ohio Northern District - CLEVELAND

Robert Warner
P.O. Box 16066
Rocky River, Ohio 44116
Plaintiff, Pro Se

    vs.

Amazon.com, Inc.
440 Terry Ave N.
Seattle, WA, 98109
    Defendant

Case No. **1 : 21  CV  1885**

COMPLAINT

**JUDGE GWIN**

**MAG. JUDGE RUIZ**

1. **Jurisdiction**; The Court has jurisdiction over the matters addressed herein as named Defendants violated the protections ensconced in the 1st, 5th, 9th and 14th Amendment of the United States Constitution, as well as Title VII of the Civil Rights Act of 1964, and they violate, and attempt to force me to violate, 18 U.S. Code § 2385 - Advocating overthrow of Government. They have also retaliated against me with disciplinary actions after I requested a Right To Sue from the U.S. Equal Employment Opportunity Commission (hereafter, the EEOC). They committed these violations as both a private entity and as a State Actor.

2. **Remedies Exhausted**: Administrative remedies were exhausted prior to the filing of this suit. Having filed a complaint with the EEOC, as required by law, I waited over 11 months for the EEOC to investigate. The EEOC, having never even opened an investigation, granted to me permission to file this suit (the Notice of Right To Sue is included after the final page of this Complaint).

3. **Introduction**: I am employed by Amazon at their fulfillment center at 1155 Babbit Road in Euclid Ohio. Amazon transferred me, and continues to transfer me, to less desirable departments because I refused to protest police and refused to honor, and worship, George Floyd. The demand to honor and worship him is rooted in, and based on, race. The ordering of all employees, to protest police, directly contributes to the current anti-police climate and activities which results in the slaughter of citizens, the ambushes and murders of police officers, and the inability of States to maintain basic policing functions; these all pose an existential threat to state governments. The reason that Amazon ordered such worship and protest was as a cynical ploy to deflect from their pervasive discrimination, witnessed by myself, against black Americans in hiring and promotions.

23   **4. The Events:** On or about June 16, 2020, Amazon ordered me, and all employees, to observe a

24   moment of silence lasting 8 minute and 46 seconds, the amount of time (then-reported) that

25   Officer Derek Chauvin kneeled on Mr. George Floyd's neck to murder him. During that period,

26   Amazon ordered me- and all employees- to cease all work and remain silent. This order had a

27   two-fold purpose; to force me to protest, and condemn, police and to join in mass worship to

28   a dead man for no reason except the color of his skin. When I refused to observe this moment

29   of silence, I was FORCED to comply when Amazon sent a supervisor over to directly,

30   explicitly order and force me to cease all work and to directly, explicitly order and force me to

31   cease speaking. The supervisor first ordered me to stop working. He then, every time I

32   attempted to speak, ordered me to "***Hush, just hush***". In retaliation for my Constitutionally

33   and lawfully protected actions, I was eventually transferred by an African American supervisor

34   to a less desirable position- I was transferred from my chosen and assigned "Pack Flow"

35   department to the less desirable "Pack Singles" department which requires labor that is far

36   more strenuous and damaging to the human body, and which causes me pain which starts

37   during the shift and continues for least several hours or days after the shift ends. The net result

38   is that I was in a state of pain continuously every day, all day as a result of the illegal transfer.

39   As a result of that transfer to "Pack Singles" I was required, for the entirety of every 10.5-hour

40   shift, to relentlessly perform tasks which the Occupational Safety and Health Administration

41   (OSHA) defines as "*... **work situations that may put (**me**) in "awkward" positions*" which

42   "***put excessive strain on the vertebral discs and soft tissues in the back***" (see Exhibit B). If

43   not for Amazon's discriminatory transfer, I would not have been required to perform such

44   damaging tasks. Furthermore, Amazon has intentionally engineered these tasks to needlessly

45   put extra strain on human backs- my back- by needlessly forcing all workers to hold weight

46    further from our bodies than necessary, forcing us to pointlessly extend our arms while holding

47    heavy packages in direct violation of OSHA guidance (and, indeed, all training, experience,

48    guidance, common knowledge, common sense and advice from anyone knowledgeable, at all,

49    in lifting). They instituted these requirements, to lift unsafely, in order to avoid re-engineering

50    faultily designed conveyor systems.

51    This punitive change in my job duties continued for months, without break, until I filed a

52    complaint with the Equal Employment Opportunity Commission (EEOC), after which they

53    reversed the permanent transfer. However, the transfer continues intermittently, as does the

54    resulting pain from such labor. **Amazon has never, even in their Position Statement to the**

55    **EEOC in reply to my Charge, provided any business-related or non-discriminatory**

56    **reason for this transfer. Indeed, they have offered no reason whatsoever.** Rather than offer

57    any non-discriminatory justification for the transfer they lied to, both, me and the EEOC by

58    denying that the transfer even took place.

59    I continue to be subject to intermittent, temporary transfers from my department which

60    most workers in my department are not subject to. I am being subjected to such transfers as a

61    direct result of the original act of retaliatory discrimination described above (pages 2 through

62    4, lines 11 through 49). The justification which Amazon always uses for these temporary

63    transfers is that I have been cross-trained in "Pack Singles" whereas most people in my

64    department have not. However, this cross-training only occurred as a key element of my

65    original, then-permanent, discriminatory and illegal transfer. If not for that illegal transfer, I

66    would have never been cross-trained and, so, the currently occurring temporary transfers would

67    not be possible according to Amazon policy.  I have protested such transfers often and the last

68    time that I protested, I was subjected to written discipline constructed in a way which was

4

69  slanderous and untrue by my area manager, Richard Perez, and I was further punished by being

70  permanently removed from my position in the "Problem Solve" position which I had occupied

71  for months (it is a position that I accepted with the understanding that I could change my mind

72  if I so desired). This removal from "Problem Solve" occurred immediately after- on the same

73  day- after I requested, of the EEOC, the right to sue Amazon

74  5. **Constitutional Violations and Law Violations.**

75  a.  The order to observe a moment of silence for a specific, dead, person is a violation of

76  my right to the free exercise of religion guaranteed by the U.S. Constitution's 1st

77  Amendment.

78  b.  The order for me to remain silent in support of criminals, and to protest the police, is a

79  violation of my right to freedom of speech guaranteed by the U.S. Constitution's 1st

80  Amendment.

81  c.  Forcing me to support criminals, and to protest the police, based on the race of criminals

82  violates the U.S. Constitution's 5th and 14th Amendments as well as Title VII of the

83  Civil Rights Act of 1964.

84  d.  Punishing me for my refusal to support criminals, and to protest the police, based on

85  the race of criminals violates the U.S. Constitution's 5th and 14th Amendments as well

86  as Title VII of the Civil Rights Act of 1964.

87  e.  Forcing me to attest to, and support, a position which contributes to the murder of police

88  officers, as the current anti-police movement does, violates the U.S. Constitution's 9th

89  Amendment and violates **18 U.S. Code § 2385 - Advocating overthrow of**

90  **Government**.

91   6. **Relation to Societal Issues**. The actions by Amazon cannot be completely understood without

92      understanding their relation to current societal conflicts; virtually all demonstrations, riots and

93      conflicts over police, and their actions, are race based. I, the Courts or named defendants would

94      be hard-pressed to find any protests against police that are not based on the fact that it is a

95      person of color who is the subject of such police actions. I, the Courts or named defendants

96      would be hard-pressed to find many- if any- protests of police actions against white people

97      even though statistics show that white suspects are statistically as likely, or more likely, to

98      suffer physical injury or death by police as a result of their criminal activities. It can be shown

99      that protests against police actions have little to do with whether the police acted properly and

100     everything to do with the color of the suspect's skin. THAT is what Amazon forced me to

101     participate in- support for black criminals. To be clear, the attempt of Amazon to compel me

102     to protest "police brutality" is, in reality, an attempt of Amazon to compel me to support black

103     criminals- not the overwhelming majority of black citizens who are honest, law abiding people-

104     - in their fighting against, and killing of, police officers.

105     Protest against the police and the "Defund The Police" movement cannot, in any real way,

106     be divorced from each other- they are inextricably intertwined with, and tied to, one another

107     and being forced to support one is being forced to support both. An even cursory look at the

108     effects of this anti-police movement can be shown to violate anti-sedition laws. As a result of

109     this anti-police movement, civil society is currently breaking down- our laws are not being

110     enforced, police forces are being decimated, police officers are being ambushed and murdered

111     for sport and our citizens are being slaughtered due to lack of police protection brought about

112     DIRECTLY by actions that Amazon chose to join in, support and abet when they forced their

113     workers- including myself- to protest the police without regard to their, and my, opinions on

6

114  such matters. This violates 18 U.S. Code § 2385, which defines "*Whoever knowingly or*

115  *willfully advocates, abets, advises, or teaches the duty, necessity, desirability, or propriety of*

116  *overthrowing or destroying the government of the United States or the government of any*

117  *State, Territory, District or Possession thereof*" as people who are "*Advocating overthrow of*

118  *Government*". Advocates of the "Defund The Police" and anti-police can be found repeatedly

119  calling for the destruction of our governments and the murder of police officers.

120  Furthermore, arguably, the United Nations recommends 222 police officers per 100,000 of

121  population. Though this recommendation is disputed, in demanding the elimination of all

122  police, the "defund the police" movement is in clear violation of the International Red Cross's

123  "International Rules And Standards For Policing". In that "International Rules And Standards

124  For Policing", the International Red Cross declared that "*It is the State's responsibility to*

125  *maintain law and order, peace and security within its territory…. they have to ensure that*

126  *law enforcement is carried out in a way that respects the State's obligations under IHRL…*

127  *As representatives of the State, law enforcement officials are expected to fulfil the above*

128  *obligations when carrying out their responsibilities, i.e. to maintain public order, to prevent*

129  *and detect crime and to provide aid and assistance in all kinds of emergencies. They are*

130  *given specific powers to enable them to carry out their tasks: the power to use force and*

131  *firearms, to arrest and detain, and to carry out searches or seizure…*"; the "defund the

132  police" movement strives to deny the state's ability to maintain that vital function. Such a

133  position is seditious- it seeks to render States unable to fulfill their basic functions and

134  constitutes an overthrow of those States.

135  7.  **Amazon is a State Actor**; As stated in Section 1 of this Complaint, above, Amazon violated

136  several Constitutional rights and several laws as both a private entity and a State Actor.

137  Amazon ships packages all over the nation and businesses across the entire nation have been

138  affected by various levels of shutdowns during this pandemic at the same time that the events

139  described in this lawsuit took place. Amazon, however, has been granted special status by the

140  Federal government and has been allowed to continue functioning while so many other

141  companies- Amazon's direct competitors- have been ORDERED to shut down. President

142  Trump, on March 16, 2020, issued guidance that continues to this day and was in effect during

143  all events related to this lawsuit; it declared that "*If you work in a critical infrastructure*

144  *industry, as defined by the Department of Homeland Security, such as health care service*

145  *and pharmaceutical and food supply, you have a special responsibility to maintain your*

146  *normal work schedule*". Three days later, the Department of Homeland Security- on March

147  19, 2020- issued a "*Memorandum On Identification Of Essential Critical Infrastructure*

148  *Workers During Covid-19 Response*" which placed Amazon, and it's workers, squarely under

149  the umbrella of "Critical Infrastructure" and excluded them from Covid-related lockdowns.

150  This as not a minor matter; Amazon embraced their status, issuing letters to all of it's workers

151  to present to law enforcement detailing Amazon's special status and exempting Amazon

152  workers from Covid lockdown- related law enforcement actions. As a direct result of their

153  government-mandated special status which allowed them to operate at full bore while forcibly

154  shutting down their competitors- an action that could very well be interpreted as a

155  nationalization of America's retail industry- Amazon's profit's doubled or tripled. All of these

156  actions and circumstances, taken together, show an entwinement pervasive, and severe, enough

157  to pass the entwinement standard set by the Supreme Court of The United States to trigger

158  Amazon's status as a State Actor. All levels of government and all law enforcement have

159  become entwined in the monolith that is Amazon at the expense of all of it's competitors. All

160   levels of government and all law enforcement have directly aided and abetted Amazon's

161   victory over it's competitors.

8.   **Amazon's racism against people of color**. All of the actions taken by Amazon, supposedly

163   in support of African Americans, are in reality nothing more than duplicitous attempts to

164   deflect from their rampant discrimination against black people. Though it has gotten

165   marginally better only recently, during the first year that I worked in the fulfillment center

166   (starting at the beginning of 2020), I witnessed two things; almost all of Amazons non-

167   supervisory employees were black and EVERY supervisor-level employee was non-black with

168   the rare exception of a very few low-level, sub-manager roles (trainers and process assistants).

169   This is especially disconcerting when the location of the fulfillment center is taken into

170   account, in Euclid Ohio; the population of Euclid OH and Cleveland OH (the main sources of

171   Amazon's workforce), is mostly black (by a huge margin). I submit that the exclusion of blacks

172   from the supervisory ranks, in a population and workforce almost entirely black, can only take

173   place under a blatantly racist scheme. Furthermore, anti-black racism is pervasive throughout

174   Amazon's entire corporation.

9.   **Relief sought**.

176   a.   <u>Injunctive relief</u>.

177   i.   I ask the Court to order Amazon to cease assigning me to work in any area

178   except that which I worked before Amazon's illegal transfer, Pack Flow.

179   ii.   I ask the Court to order Amazon to restore me to my position as a packer in

180   Problem Solve, which I was assigned to before complaining the last about

181   discrimination.

9

iii.  I ask the Court to order Amazon to halt all promotions, and hiring, for supervisory roles, until a competent third party can analyze Amazon's methods for those hiring practices to determine how anti-black racism affects such decisions and until a plan for eliminating that racism can be designed and implemented.

iv.  I ask the Court to order Amazon to halt all financial contributions and support, and all other support including that in verbal, written or graphical form, for any organization which, or person who, supports anti-police or communist activities.

b.  Punitive Damages.

c.  Pain and suffering.

d.  Any other damages that the Court finds appropriate.

_pro se_

Robert Warner
P.O. Box 16066
Rocky River, Ohio 44116
Plaintiff, Pro Se
10/2/2021

10