# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

Robert Warner
P.O. Box 16066
Rocky River, Ohio 44116
Plaintiff, Pro Se

vs.

Amazon.com, Inc.
440 Terry Ave N.
Seattle, WA, 98109
      Defendant

    ***And***

Amazon.com Services LLC
202 Westlake Ave N
Seattle, WA 98109-5264
      Defendant

Case No. **1:21-cv-01885**

AMENDED COMPLAINT
==========
Rule 15(a)(1)(B)
and
Rule 15(c)(1)(B and C)

**FILED**

MAR 0 4 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

**Legal Authority to Amend**

1    The Complaint is hereby Amended. It is amended as a matter of course within 21 days of

2    filing, and service, of defendants' Answer to the original Complaint (Rule 15(a)(1)(B)) and relates

3    back to the date of the original pleading as the added party, Amazon.com Services LLC, has

4    actually been adding their name to every responsive pleading thus far and has been answering

5    every pleading as well as the original charge filed with the U.S. Equal Employment Opportunity

6    Commission. Therefore, the added defendant received such notice of the action that it will not be

7    prejudiced in defending on the merits and knew or should have known that the action would have

8    been brought against it, but for a mistake concerning the proper party's identity (Rule 15(c)(1)(C)).

## AMENDMENTS TO THIS LAWSUIT

9    There are only five Amendments to the Complaint.

10    The first Amendment is the addition of the second party, Amazon.com Services LLC. It

11    should be noted that, in a bit of an oddity, the added party has actually been adding their name to

12    every responsive pleading thus far and has, as a practical matter, already joined themself in this

13    action and have been served with, and have been privy to, every document in this case. Both parties

14    are represented by the same law firm.

15    The second Amendment is to hereby specify that each temporary transfer that occurred

16    after the reversal of the permanent transfer as (*as described in lines 80 through 82 of this document)*

17    constitutes a separate Count, each of which constitute a separate basis for relief.

18    The third Amendment is to hereby specify that I am an Atheist who strongly believes that

19    there is good, evil, right and wrong. I believe that murder is evil, and wrong, and that the murder

20    of police officers who dedicate their lives to protecting us is particularly evil and wrong. It is a

21    violation of the 1st and 9th Amendment to force me to support the "Defund The Police" movement,

22    as anti-police protests do, as that forces me to support the evil of murder and the evil of murdering

23    police in violation of my deeply held beliefs.

24          The fourth Amendment is merely the updated line and page numbering.

25          The fifth Amendment is that one item of sought-for relief has been removed. Except for

26    the removal of that one item of sought-for relief, the entire original complaint is adopted here and

27    considered to be part of this Amended Complaint.

28          There are no other Amendments.

30  1. **Jurisdiction**; The Court has jurisdiction over the matters addressed herein as named
31  Defendants violated the protections ensconced in the 1st, 5th, 9th and 14th Amendment of the
32  United States Constitution, as well as Title VII of the Civil Rights Act of 1964, and they violate,
33  and attempt to force me to violate, 18 U.S. Code § 2385 - Advocating overthrow of
34  Government. They have also retaliated against me with disciplinary actions after I requested a
35  Right To Sue from the U.S. Equal Employment Opportunity Commission (hereafter, the
36  EEOC). They committed these violations as both a private entity and as a State Actor.

37  2. **Remedies Exhausted**: Administrative remedies were exhausted prior to the filing of this suit.
38  Having filed a complaint with the EEOC, as required by law, I waited over 11 months for the
39  EEOC to investigate. The EEOC, having never even opened an investigation, granted to me
40  permission to file this suit (the Notice of Right To Sue is included after the final page of this
41  Complaint).

42  3. **Introduction**: I am employed by Amazon at their fulfillment center at 1155 Babbit Road in
43  Euclid Ohio. Amazon transferred me, and continues to transfer me, to less desirable
44  departments because I refused to protest police and refused to honor, and worship, George
45  Floyd. The demand to honor and worship him is rooted in, and based on, race. The ordering of
46  all employees, to protest police, directly contributes to the current anti-police climate and
47  activities which results in the slaughter of citizens, the ambushes and murders of police
48  officers, and the inability of States to maintain basic policing functions; these all pose an
49  existential threat to state governments. The reason that Amazon ordered such worship and
50  protest was as a cynical ploy to deflect from their pervasive discrimination, witnessed by
51  myself, against black Americans in hiring and promotions.

52    **4. The Events:** On or about June 16, 2020, Amazon ordered me, and all employees, to observe a

53    moment of silence lasting 8 minute and 46 seconds, the amount of time (then-reported) that

54    Officer Derek Chauvin kneeled on Mr. George Floyd's neck to murder him. During that period,

55    Amazon ordered me- and all employees- to cease all work and remain silent. This order had a

56    two-fold purpose; to force me to protest, and condemn, police and to join in mass worship to

57    a dead man for no reason except the color of his skin. When I refused to observe this moment

58    of silence, I was FORCED to comply when Amazon sent a supervisor over to directly,

59    explicitly order and force me to cease all work and to directly, explicitly order and force me to

60    cease speaking. The supervisor first ordered me to stop working. He then, every time I

61    attempted to speak, ordered me to "***Hush, just hush***". In retaliation for my Constitutionally

62    and lawfully protected actions, I was eventually transferred by an African American supervisor

63    to a less desirable position- I was transferred from my chosen and assigned "Pack Flow"

64    department to the less desirable "Pack Singles" department which requires labor that is far

65    more strenuous and damaging to the human body, and which causes me pain which starts

66    during the shift and continues for least several hours or days after the shift ends. The net result

67    is that I was in a state of pain continuously every day, all day as a result of the illegal transfer.

68    As a result of that transfer to "Pack Singles" I was required, for the entirety of every 10.5-hour

69    shift, to relentlessly perform tasks which the Occupational Safety and Health Administration

70    (OSHA) defines as "***… work situations that may put (***me***) in "awkward" positions***" which

71    "***put excessive strain on the vertebral discs and soft tissues in the back***" (see Exhibit B). If

72    not for Amazon's discriminatory transfer, I would not have been required to perform such

73    damaging tasks. Furthermore, Amazon has intentionally engineered these tasks to needlessly

74    put extra strain on human backs- my back- by needlessly forcing all workers to hold weight

5

75  further from our bodies than necessary, forcing us to pointlessly extend our arms while holding

76  heavy packages in direct violation of OSHA guidance (and, indeed, all training, experience,

77  guidance, common knowledge, common sense and advice from anyone knowledgeable, at all,

78  in lifting). They instituted these requirements, to lift unsafely, in order to avoid re-engineering

79  faultily designed conveyor systems.

80  This punitive change in my job duties continued for months, without break, until I filed a

81  complaint with the Equal Employment Opportunity Commission (EEOC), after which they

82  reversed the permanent transfer. However, the transfer continues intermittently, as does the

83  resulting pain from such labor. **Amazon has never, even in their Position Statement to the**

84  **EEOC in reply to my Charge, provided any business-related or non-discriminatory**

85  **reason for this transfer. Indeed, they have offered no reason whatsoever.** Rather than offer

86  any non-discriminatory justification for the transfer they lied to, both, me and the EEOC by

87  denying that the transfer even took place.

88  I continue to be subject to intermittent, temporary transfers from my department which

89  most workers in my department are not subject to. I am being subjected to such transfers as a

90  direct result of the original act of retaliatory discrimination described above (pages 2 through

91  4, lines 11 through 49). The justification which Amazon always uses for these temporary

92  transfers is that I have been cross-trained in "Pack Singles" whereas most people in my

93  department have not. However, this cross-training only occurred as a key element of my

94  original, then-permanent, discriminatory and illegal transfer. If not for that illegal transfer, I

95  would have never been cross-trained and, so, the currently occurring temporary transfers would

96  not be possible according to Amazon policy.  I have protested such transfers often and the last

97  time that I protested, I was subjected to written discipline constructed in a way which was

98    slanderous and untrue by my area manager, Richard Perez, and I was further punished by being

99    permanently removed from my position in the "Problem Solve" position which I had occupied

100   for months (it is a position that I accepted with the understanding that I could change my mind

101   if I so desired). This removal from "Problem Solve" occurred immediately after- on the same

102   day- after I requested, of the EEOC, the right to sue Amazon

103   5. **Constitutional Violations and Law Violations**.

104       a. The order to observe a moment of silence for a specific, dead, person is a violation of

105          my right to the free exercise of religion guaranteed by the U.S. Constitution's 1st

106          Amendment.

107       b. The order for me to remain silent in support of criminals, and to protest the police, is a

108          violation of my right to freedom of speech guaranteed by the U.S. Constitution's 1st

109          Amendment.

110       c. Forcing me to support criminals, and to protest the police, based on the race of criminals

111          violates the U.S. Constitution's 5th and 14th Amendments as well as Title VII of the

112          Civil Rights Act of 1964.

113       d. Punishing me for my refusal to support criminals, and to protest the police, based on

114          the race of criminals violates the U.S. Constitution's 5th and 14th Amendments as well

115          as Title VII of the Civil Rights Act of 1964.

116       e. Forcing me to attest to, and support, a position which contributes to the murder of police

117          officers, as the current anti-police movement does, violates the U.S. Constitution's 9th

118          Amendment and violates **18 U.S. Code § 2385 - Advocating overthrow of**

119          **Government**.

7

120  6. **Relation to Societal Issues**. The actions by Amazon cannot be completely understood without

121      understanding their relation to current societal conflicts; virtually all demonstrations, riots and

122      conflicts over police, and their actions, are race based. I, the Courts or named defendants would

123      be hard-pressed to find any protests against police that are not based on the fact that it is a

124      person of color who is the subject of such police actions. I, the Courts or named defendants

125      would be hard-pressed to find many- if any- protests of police actions against white people

126      even though statistics show that white suspects are statistically as likely, or more likely, to

127      suffer physical injury or death by police as a result of their criminal activities. It can be shown

128      that protests against police actions have little to do with whether the police acted properly and

129      everything to do with the color of the suspect's skin. THAT is what Amazon forced me to

130      participate in- support for black criminals. To be clear, the attempt of Amazon to compel me

131      to protest "police brutality" is, in reality, an attempt of Amazon to compel me to support black

132      criminals- not the overwhelming majority of black citizens who are honest, law abiding people-

133      - in their fighting against, and killing of, police officers.

134      Protest against the police and the "Defund The Police" movement cannot, in any real way,

135      be divorced from each other- they are inextricably intertwined with, and tied to, one another

136      and being forced to support one is being forced to support both. An even cursory look at the

137      effects of this anti-police movement can be shown to violate anti-sedition laws. As a result of

138      this anti-police movement, civil society is currently breaking down- our laws are not being

139      enforced, police forces are being decimated, police officers are being ambushed and murdered

140      for sport and our citizens are being slaughtered due to lack of police protection brought about

141      DIRECTLY by actions that Amazon chose to join in, support and abet when they forced their

142      workers- including myself- to protest the police without regard to their, and my, opinions on

8

143   such matters. This violates 18 U.S. Code § 2385, which defines "***Whoever knowingly or***
144   ***willfully advocates, abets, advises, or teaches the duty, necessity, desirability, or propriety of***
145   ***overthrowing or destroying the government of the United States or the government of any***
146   ***State, Territory, District or Possession thereof***" as people who are "***Advocating overthrow of***
147   ***Government***". Advocates of the "Defund The Police" and anti-police can be found repeatedly
148   calling for the destruction of our governments and the murder of police officers.

149   Furthermore, arguably, the United Nations recommends 222 police officers per 100,000 of
150   population. Though this recommendation is disputed, in demanding the elimination of all
151   police, the "defund the police" movement is in clear violation of the International Red Cross's
152   "International Rules And Standards For Policing". In that "International Rules And Standards
153   For Policing", the International Red Cross declared that "***It is the State's responsibility to***
154   ***maintain law and order, peace and security within its territory…. they have to ensure that***
155   ***law enforcement is carried out in a way that respects the State's obligations under IHRL…***
156   ***As representatives of the State, law enforcement officials are expected to fulfil the above***
157   ***obligations when carrying out their responsibilities, i.e. to maintain public order, to prevent***
158   ***and detect crime and to provide aid and assistance in all kinds of emergencies. They are***
159   ***given specific powers to enable them to carry out their tasks: the power to use force and***
160   ***firearms, to arrest and detain, and to carry out searches or seizure…***"; the "defund the
161   police" movement strives to deny the state's ability to maintain that vital function. Such a
162   position is seditious- it seeks to render States unable to fulfill their basic functions and
163   constitutes an overthrow of those States.

164   7. **Amazon is a State Actor**; As stated in Section 1 of this Complaint, above, Amazon violated
165   several Constitutional rights and several laws as both a private entity and a State Actor.

9

166  Amazon ships packages all over the nation and businesses across the entire nation have been

167  affected by various levels of shutdowns during this pandemic at the same time that the events

168  described in this lawsuit took place. Amazon, however, has been granted special status by the

169  Federal government and has been allowed to continue functioning while so many other

170  companies- Amazon's direct competitors- have been ORDERED to shut down. President

171  Trump, on March 16, 2020, issued guidance that continues to this day and was in effect during

172  all events related to this lawsuit; it declared that "*If you work in a critical infrastructure*

173  *industry, as defined by the Department of Homeland Security, such as health care service*

174  *and pharmaceutical and food supply, you have a special responsibility to maintain your*

175  *normal work schedule*". Three days later, the Department of Homeland Security- on March

176  19, 2020- issued a "*Memorandum On Identification Of Essential Critical Infrastructure*

177  *Workers During Covid-19 Response*" which placed Amazon, and it's workers, squarely under

178  the umbrella of "Critical Infrastructure" and excluded them from Covid-related lockdowns.

179  This as not a minor matter; Amazon embraced their status, issuing letters to all of it's workers

180  to present to law enforcement detailing Amazon's special status and exempting Amazon

181  workers from Covid lockdown- related law enforcement actions. As a direct result of their

182  government-mandated special status which allowed them to operate at full bore while forcibly

183  shutting down their competitors- an action that could very well be interpreted as a

184  nationalization of America's retail industry- Amazon's profit's doubled or tripled. All of these

185  actions and circumstances, taken together, show an entwinement pervasive, and severe, enough

186  to pass the entwinement standard set by the Supreme Court of The United States to trigger

187  Amazon's status as a State Actor. All levels of government and all law enforcement have

188  become entwined in the monolith that is Amazon at the expense of all of it's competitors. All

189   levels of government and all law enforcement have directly aided and abetted Amazon's
190   victory over it's competitors.

191   8. **Amazon's racism against people of color**. All of the actions taken by Amazon, supposedly
192   in support of African Americans, are in reality nothing more than duplicitous attempts to
193   deflect from their rampant discrimination against black people. Though it has gotten
194   marginally better only recently, during the first year that I worked in the fulfillment center
195   (starting at the beginning of 2020), I witnessed two things; almost all of Amazons non-
196   supervisory employees were black and EVERY supervisor-level employee was non-black with
197   the rare exception of a very few low-level, sub-manager roles (trainers and process assistants).
198   This is especially disconcerting when the location of the fulfillment center is taken into
199   account, in Euclid Ohio; the population of Euclid OH and Cleveland OH (the main sources of
200   Amazon's workforce), is mostly black (by a huge margin). I submit that the exclusion of blacks
201   from the supervisory ranks, in a population and workforce almost entirely black, can only take
202   place under a blatantly racist scheme. Furthermore, anti-black racism is pervasive throughout
203   Amazon's entire corporation.

204   9. **Relief sought**.

205         a. Injunctive relief.

206               i. I ask the Court to order Amazon to cease assigning me to work in any area
207                  except that which I worked before Amazon's illegal transfer, Pack Flow.

208               ii. I ask the Court to order Amazon to halt all promotions, and hiring, for
209                   supervisory roles, until a competent third party can analyze Amazon's methods
210                   for those hiring practices to determine how anti-black racism affects such

11

211  decisions and until a plan for eliminating that racism can be designed and
212  implemented.

213  iii. I ask the Court to order Amazon to halt all financial contributions and support,
214  and all other support including that in verbal, written or graphical form, for any
215  organization which, or person who, supports anti-police or communist
216  activities.

217  b. Punitive Damages.

218  c. Pain and suffering.

219  d. Any other damages that the Court finds appropriate.

pro Se, us

Robert Warner
P.O. Box 16066
Rocky River, Ohio 44116
Plaintiff, Pro Se
3/3/2021